## (June 26, 1944.)

In the Matter of VINCENT J. KANE et al. against PATRICK WALSH, as Fire Commissioner and Chief of the Fire Department of the City of New York.—

Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 763.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.